**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01491-CR

### DAVID ODEMWINGIE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F07-01267-Q

## ORDER

We **REINSTATE** this appeal.

On May 16, 2019, we abated for a hearing to determine why appellant's brief had not been filed. The following day, appellant filed a "Motion for Extension or Setting of Deadline and Addition of Newly Appointed Appellate Counsel" which we shall treat as a motion to substitute counsel and extend time to file a brief.

We **GRANT** the motion and **VACATE** our May 16, 2019 order. The Clerk of the Court is **DIRECTED** to **REMOVE** Russ Henrichs and **SUBSTITUTE** Michael Casillas as appointed counsel for appellant. All future correspondence should be sent to Michael Casillas, 10100 N. Central Expressway, Suite 230, Dallas, TX 75231.

We **ORDER** appellant's brief due on or before July 1, 2019.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tammy Kemp, Presiding Judge, 204th Judicial District Court; Russ Henrichs; Michael Casillas, and to the Dallas County District Attorney.


/s/     BILL PEDERSEN, III
        JUSTICE